UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Ralph Courtney Bright, | ) | C/A No. 1:12-1227-JFA-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Chuck Fraser, Captain; Gean Johnson, Captain; Sophia Henderson, Magistrate, | ) | |
| Defendants. | ) | |

The *pro se* plaintiff, Ralph Courtney Bright, is a pretrial detainee at the Colleton County Detention Center (CCDC). He brings this action pursuant to 42 U.S.C. § 1983 contending that his conditions of confinement are unconstitutional because the CCDC does not have a law library. He also alleges that defendant Magistrate Judge Sophia Henderson prejudiced the defendant at his state bond hearing in violation of his civil rights.

The Magistrate Judge assigned to this action[1] has prepared a Report and Recommendation and opines that the § 1983 action should be dismissed because the plaintiff has failed to state a claim under § 1983. Additionally, the Magistrate Judge properly opines that the plaintiff's claim against defendant Magistrate Henderson is barred by the doctrine of judicial immunity. The Report sets forth in detail the relevant facts and standards of law

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1).

1

on this matter, and the court incorporates such without a recitation.

The plaintiff was advised of his right to file objections to the Report and Recommendation, which was entered on the docket on July 6, 2012. However, the plaintiff did not file any objections to the Report within the time limits prescribed. In the absence of specific objections to the Report of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). The copy of the Report mailed to the petitioner was returned to the Clerk of Court on July 18, 2012, marked "Undeliverable, Return to Sender."

After a careful review of the record, the applicable law, and the Report and Recommendation, the court finds the Magistrate Judge's recommendation proper and incorporated herein by reference. Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.
United States District Judge

July 26, 2012
Columbia, South Carolina